THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0316-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JONATHAN LY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue self-surrender date (Dkt. No. 27). This motion is GRANTED. Defendant's self-surrender date is continued from 10:00 a.m. on May 23, 2017 to 10:00 a.m on June 21, 2017.

DATED this 5th day of May 2017.

<u>William M. McCool</u>
Clerk of Court

<u>/s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER CR16-0316-JCC
PAGE - 1